IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | ) No. 04 - 177 ERIE<br>) |
| EDMOND CHEVROLET, INC., SHULTS<br>SALES AND LEASING, INC., EDMOND<br>R. SHULTS, JR., TIM M. SHULTS,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 22nd day of December 2004, upon consideration of the parties' Joint Motion to Extend Discovery, and having found good cause therefore, the Pretrial Scheduling Order dated September 20, 2004 is hereby amended as follows:

a. discovery shall conclude on April 18, 2005;

b. if any party desires to file a Dispositive Motion, said Motion and accompanying Brief and Appendix shall be filed on or before May 8, 2005;

c. any responsive Brief and required Appendix shall be filed on or before June 7, 2005;

d. Plaintiffs' Pretrial Statement shall be filed on or before June 17, 2005; and

e. Defendants' Pretrial Narrative Statement shall be filed on or before July 7, 2005.

All other provisions of the Pretrial Scheduling Order dated September 20, 2004 shall remain in full force and effect and shall be strictly complied with.

_____
Sean J. McLaughlin
U.S. District Court Judge

EXHIBIT "B"