IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN, Plaintiff | : |
| VS. | : NO. 04-177 ERIE |
| EDMOND CHEVROLET, INC., SHULTS SALES AND LEASING, INC., EDMOND R. SHULTS, JR., TIM M. SHULTS, Defendants | : |

NOTICE OF DEPOSITION

NOTICE IS HEREBY GIVEN, pursuant to Rule 30 of the Federal Rules of Civil Procedure that the depositions of the Plaintiffs, DOUGLAS P. BROWN and CHRISTINA D. BROWN shall be taken on Thursday, August 25, 2005, commencing at 9:30 a.m. at the Offices of Sellstrom Law Firm, 9-11 East Fourth Street, Jamestown, New York 14702, before an official court reporter for purposes of discovery and use at trial.

REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, Plaintiffs are requested to produce for inspection, copying and use at the depositions scheduled above, the following documents:

1) Complete copies of Plaintiffs' federal tax returns for years 2000 through 2004, including copies of all documents (K-1s, 1099s, etc.) attached to those tax returns as filed;

2) Complete copies of all weekly, monthly and yearly Profit & Loss Statements for Shults Sales and Leasing, Inc. for years 2001 through 2003.

EXHIBIT "C"

3)   Complete copies of all memorandums and correspondence in Plaintiffs' possession, custody and control regarding the business of Shults Sales and Leasing, Inc.

4)   Complete copies of Plaintiffs' American Express records applicable to any American Express credit cards issued to Plaintiff in his name, his wife's name and/or as corporate credit cards issued to Shults Sales and Leasing, Inc. for years 2000 through 2004.

5)   If not already provided, complete copies of correspondence, memorandums and documents relating to Plaintiff borrowing any money from any third party including, but not limited to, relatives for use as investment funds in Shults Sales and Leasing, Inc., and any correspondence, memorandums and documents relating to the repayment of these funds in 2003 or 2004.

6)   Complete copies of all memorandums, documents, diaries and reports including, but not limited to, any documents which will be utilized as trial exhibits which summarize or relate to any of the liability and damage claims the Plaintiff has and which are made reference to in Plaintiffs' Pre-Trial Narrative Statement filed July 10, 2005.

                Respectfully submitted,

                CONNER RILEY & FRYLING

                BY _Andrew Conner_
                ANDREW J. CONNER, ESQUIRE
                ATTORNEY FOR PLAINTIFFS
                17 West Tenth Street
                P.O. Box 860
                Erie, PA  16512-0860
DATED: _July 12, 2005_     (814) 453-3343