IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS P. BROWN, Plaintiff       :
                                  :
        VS.                       :     NO.04-177 ERIE
                                  :
EDMOND CHEVROLET, INC., SHULTS    :
SALES AND LEASING, INC., EDMOND   :
R. SHULTS, JR., TIM M. SHULTS,    :
Defendants                        :

## O R D E R

AND NOW, to-wit, this ___ day of _____, 2005, upon consideration of the foregoing Motion to Extend Discovery, the September 20, 2004 Amended Case Management Order is hereby amended as follows:

1.  Discovery shall conclude on October 7, 2005;

2.  Any dispositive motions and accompanying briefs and appendix shall be filed on or prior to October 28, 2005;

3.  Any responsive brief and appendix shall be filed on or prior to November 11, 2005;

4.  Plaintiff's Pre-Trial Narrative Statement (or amendment) shall be filed on or prior to November 18, 2005; and

5.  Defendants' Pre-Trial Narrative Statement shall be filed on or prior to December 16, 2005.

All other provisions of the September 20, 2004 Amended Case Management Order shall remain in full force and effect and shall be strictly complied with.

_____
HONORABLE SEAN J. McLAUGHLIN

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice was served this 12th day of July, 2005, upon Plaintiff's counsel, W. Patrick Delaney, Esquire, 100 State Street, Suite 700, Erie, Pennsylvania 16507-1459.

CONNER RILEY & FRYLING

BY *Andrew Conner*
ANDREW J. CONNER, ESQUIRE
ATTORNEY FOR PLAINTIFF
17 West Tenth Street
P.O. Box 860
Erie, PA  16512-0860
(814) 453-3343

DATED: July 12, 2005.