IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 04 - 177 ERIE<br>) |
| EDMOND CHEVROLET, INC., SHULTS<br>SALES AND LEASING, INC., EDMOND<br>R. SHULTS, JR., TIM M. SHULTS,<br>    Defendants | )<br>)<br>)<br>)<br>) |

**MOTION OF MacDONALD, ILLIG, JONES & BRITTON LLC
TO WITHDRAW AS COUNSEL FOR PLAINTIFF, DOUGLAS P. BROWN**

1. Movant, MacDonald, Illig, Jones & Britton LLP, is counsel of record for Plaintiff, Douglas P. Brown, in the above-captioned matter.

2. The status of this case presently is that discovery is to close on October 7, 2005. No motions are currently pending before the Court. Although several proposed dates for depositions of parties and witnesses have been set, no depositions have been completed as of this date.

3. Movant, MacDonald, Illig, Jones & Britton LLP and Plaintiff, Mr. Brown, have developed irreconcilable differences with regard to the Movant's continued representation of Plaintiff. MacDonald, Illig, Jones & Britton LLP has advised Plaintiff of its decision to seek leave to withdraw as counsel.

4. On behalf of Plaintiff, Movant, MacDonald, Illig, Jones & Britton LLP, would request that the Court grant Plaintiff an additional sixty (60) days within which to secure new counsel for further prosecution of this matter.

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -

5. MacDonald, Illig, Jones & Britton LLP's withdrawal as counsel of record at this stage of the litigation should not postpone the ultimate resolution of this matter.

WHEREFORE, Movant respectfully requests this Honorable Court to grant its Motion of MacDonald, Illig, Jones & Britton LLC to Withdraw as Counsel for Plaintiff, Douglas P. Brown.

Respectfully submitted,

s/W. Patrick Delaney
W. Patrick Delany
Thomas A. Pendleton
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7600

Attorneys for Plaintiff
 Douglas P. Brown

906323

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN,            )<br>    Plaintiff            )<br>            )<br>    v.            )<br>            )<br>EDMOND CHEVROLET, INC., SHULTS            )<br>SALES AND LEASING, INC., EDMOND            )<br>R. SHULTS, JR., TIM M. SHULTS,            )<br>    Defendants            )  | Civil Action No. 04 - 177 ERIE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of MacDonald, Illig, Jones & Britton LLC to Withdraw as Counsel for Plaintiff, Douglas P. Brown, was served upon the following via First-Class United States Mail, postage prepaid, this 12th day of September 2005:

Andrew J. Conner, Esquire  
Conner Riley & Fryling  
17 West 10th Street  
P.O. Box 860  
Erie, PA 16512-0860

Douglas P. Brown  
12713 Bowen Road  
Randolph, NY  14772

    s/W. Patrick Delaney  
    W. Patrick Delaney, Esquire

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com