IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )    Civil Action No. 04 - 177 ERIE<br>) |
| EDMOND CHEVROLET, INC., SHULTS<br>SALES AND LEASING, INC., EDMOND<br>R. SHULTS, JR., TIM M. SHULTS,<br>    Defendants | )<br>)<br>)<br>) |

## **ORDER**

    AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the Motion of MacDonald, Illig, Jones & Britton LLC, it is hereby ORDERED, ADJUDGED, and DECREED that

    MacDonald, Illig, Jones & Britton LLC is hereby granted leave to withdraw as counsel for Plaintiff, Douglas P. Brown. Plaintiff is granted an extension of _____ days within which to secure substitute counsel for further prosecution of this matter.

    _____
    J.

PDF created with pdfFactory trial version www.pdffactory.com