IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS P. BROWN, Plaintiff       :
                                  :
              VS.                 :   NO.04-177 ERIE
                                  :
EDMOND CHEVROLET, INC., SHULTS    :
SALES AND LEASING, INC., EDMOND   :
R. SHULTS, JR., TIM M. SHULTS,    :
Defendants                        :

O R D E R

AND NOW, to-wit, this ___ day of September, 2005, upon consideration of the foregoing Motion, it is hereby ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.

In the alternative, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.    Testimony by the Plaintiff, his wife and/or any witnesses who would be identified in Answers to Interrogatories is precluded;

2.    Plaintiff and his wife are precluded from offering any documentary evidence responsive to Defendants' Request for Production at the time of trial;

3.    Defendants are hereby awarded additional costs they will incur in preparing their Pre-Trial Narrative Statement; and

4.    Discovery is extended for an additional 60 days, and/or until December 7, 2005, with Defendants' Pre-Trial Narrative Statement being due an additional 60 days thereafter, and/or on or prior to February 10, 2006.

_____
HONORABLE SEAN J. McLAUGHLIN