IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS P. BROWN,<br>    Plaintiff | ) | |
| v. | ) | Civil Action No. 04 - 177 ERIE |
| EDMOND CHEVROLET, INC., SHULTS<br>SALES AND LEASING, INC., EDMOND<br>R. SHULTS, JR., TIM M. SHULTS,<br>    Defendants | )<br>)<br>)<br>)<br>) | |

### ORDER

AND NOW, to-wit, this __14th__ day of __December__ 2005, upon consideration of the Motion of MacDonald, Illig, Jones & Britton LLP, it is hereby ORDERED, ADJUDGED, and DECREED that

MacDonald, Illig, Jones & Britton LLP is hereby granted leave to withdraw as counsel forP laintiff, Douglas P. Brown. Plaintiff is granted an extension of __60__ days within which to secure substitute counsel for further prosecution of this matter.

_____
J.