IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS P. BROWN,                   :
       Plaintiff                :
                                    :
v.                                  :
                                    :  Civil Action No. 04 -177ERIE
EDMOND CHEVROLET, INC.,             :
SHULTS SALES AND LEASING,           :
INC., EMOND R. SHULTS, JR., TIM     :
M. SHULTS,                          :
       Defendants               :

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of **Michael A. Agresti, Esquire**, and the firm of **Agresti & Agresti,** as counsel of record for the Plaintiff in this matter. Please direct all future correspondence and pleadings to the address listed below.

                         AGRESTI & AGRESTI

Dated: December 16, 2005         By: _____
                                     Michael A. Agresti. Esquire
                                     Attorney for Plaintiff
                                     319 West Tenth Street
                                     Erie, Pennsylvania 16502
                                     (Ph) 814-454-5868
                                     (Fax) 814-454-2520
                                     Pa.S.Ct. I.D. No. 81123

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS P. BROWN, :
      Plaintiff :
 : 
v. :
 : Civil Action No. 04 -177ERIE
EDMOND CHEVROLET, INC., :
SHULTS SALES AND LEASING, :
INC., EMOND R. SHULTS, JR., TIM :
M. SHULTS, :
      Defendants :

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing upon the following counsel of record by delivering the same to his Courthouse Box on December _16_, 2005.

Andrew J. Conner, Esq.
Conner Riley & Fryling
17 West 10th Street
P.O. Box 860
Erie, PA 16512-0860

_____
Michael A. Agresti, Esquire