IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN,<br>       Plaintiff | :<br>:<br>: |
| v. | :<br>: Civil Action No. 04-177ERIE |
| EDMOND CHEVROLET, INC.,<br>SHULTS SALES AND LEASING,<br>INC., EMOND R. SHULTS, JR., TIM<br>M. SHULTS,<br>       Defendants | :<br>:<br>:<br>:<br>: |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs, by and through their counsel, Michael A. Agresti, Esquire, present the within Motion for Enlargement of Time pursuant to Pennsylvania Rule of Civil Procedure 6 (b), and in support thereof state as follows:

1. This matter was commenced on June 23, 2004. Plaintiff was represented by the MacDonald, Illig, Jones & Britton firm.

2. A substantial amount of written discovery has already been exchanged between the parties.

3. On December 16, 2005, the undersigned entered his appearance on behalf of the Plaintiff in this matter.

4. Thereafter the undersigned undertook an review of the extensive file in matter, and communicated with Defendants' Attorney, regarding the scheduling of depositions.

5. The parties have arranged for the depositions of the Plaintiff, and his wife, Chris Brown, for January 18, 2006.

6. In addition, the undersigned indicated to Defendants' counsel, that he wished to take the depositions of each of the individual Defendants, as well as potentially other third party material witnesses.

7. At this same time, the undersigned received a Notice from the Court indicating that this matter was listed for trial beginning on January 23, 2006, and that the case would be called between January 23, 2006 and February 24, 2006.

8. Given the undersigned's recent retention as counsel for the Plaintiff, the complexity of the matter and the need to conclude important discovery, Plaintiff respectfully requests that this Court remove this matter from the cases listed for trial beginning on January 23, 2006, and that the matter not be listed for trial until at least March, 2006.

9. Counsel for the Defendants has indicated that he has no objection to this request.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order in the form attached hereto, removing this matter from the January 23, 2006 trial list, and indicating that the matter will be moved to the March 2006 trial list, if available, at the earliest.

AGRESTI MORTON & MOORE

Dated: January 10, 2006

By: _____
Michael A. Agresti. Esquire
Attorney for Plaintiff
319 West Tenth Street
Erie, Pennsylvania 16502
(Ph) 814-454-5868
(Fax) 814-454-2520
Pa.S.Ct. I.D. No. 81123

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN,<br>   Plaintiff | :<br>:<br>: |
| v. | :<br>: Civil Action No. 04-177ERIE |
| EDMOND CHEVROLET, INC.,<br>SHULTS SALES AND LEASING,<br>INC., EDMOND R. SHULTS, JR.,<br>TIM M. SHULTS,<br>   Defendants | :<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW, this _____ day of January, 2006, upon consideration of the Plaintiff's Motion for Enlargement of Time, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby removed from the January 23-February 24, 2006 trial list, and will not be placed on a trial list until March, 2006, at the earliest, to allow the parties to conclude discovery necessary to prepare for trial.

                    _____
                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS P. BROWN,<br>      Plaintiff | :<br>:<br>: |
| v. | :<br>:  Civil Action No. 04 -177ERIE |
| EDMOND CHEVROLET, INC.,<br>SHULTS SALES AND LEASING,<br>INC., EDMOND R. SHULTS, JR.,<br>TIM M. SHULTS,<br>      Defendants | :<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing upon the following counsel of record by delivering the same to his Courthouse Box on ~~December~~ 1/10/06 ~~2005~~.

Andrew J. Conner, Esq.
Conner Riley & Fryling
17 West 10th Street
P.O. Box 860
Erie, PA 16512-0860

_____
Michael A. Agresti, Esquire