IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS P. BROWN,
      Plaintiff

v.

EDMOND CHEVROLET, INC.,
SHULTS SALES AND LEASING,
INC., EDMOND R. SHULTS, JR.,
TIM M. SHULTS,
      Defendants

: Civil Action No. 04-177ERIE

## ORDER

AND NOW, this _____ day of January, 2006, upon consideration of the Plaintiff's Motion for Enlargement of Time, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby removed from the January 23-February 24, 2006 trial list, and will not be placed on a trial list until March, 2006, at the earliest, to allow the parties to conclude discovery necessary to prepare for trial.

_____
J.