**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


DOUGLAS P. BROWN,                    )
          Plaintiff,               )
                                   )
          Vs.                      )          CA 04-177 Erie
                                   )
EDMOND CHEVROLET, INC., et al.,      )
          Defendants.              )


**O R D E R**

AND NOW, this 30th day of March, 2006, the parties have reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk is directed to mark this case administratively closed.  FURTHER ORDERED that the Parties are to file a Stipulation of Dismissal per Fed.R.Civ.P. 41.



        s/Sean J. McLaughlin_____
        Sean J. McLaughlin
        United States District Judge



cc: All counsel of record. nmk